# Court of Appeals
# of the State of Georgia

ATLANTA,__August 07, 2020_____

*The Court of Appeals hereby passes the following order:*

## A21A0002. WELLS FARGO, N. A. v. HOOKS et al.

Appellant's motion to withdraw appeal is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__08/07/2020_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*